```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :   17 Cr. 462-02 (LGS)
            -against-                                       :
                                                            :   ORDER
HECTOR MADERA,                                              :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 4, 2020, Defendant Madera filed a motion to terminate supervised release (Dkt. No. 92);

WHEREAS, the U.S. Probation Department has no reason to believe that Defendant Madera is in the United States and has been unable to contact him. It is hereby

**ORDERED** that Defendant Madera's motion to terminate supervised release is denied without prejudice to renewal.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 92 and to mail this Order to Defendant Madera at 101 Post Ave. Apt 2C, New York, NY 10034.

Dated:  September 21, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE